1052

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL ANDREW MCDONALD, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00525–6, John N. Skimas, J., entered May 11, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

THE STATE OF WASHINGTON, *Respondent,* v. PAUL PERKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01467–2, D. Gary Steiner, J., entered May 9, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. GRADY ALLAN MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02643–8, Patricia H. Aitken, J., entered April 6, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Ringold, J.

ZASER & LONGSTON, INC., *Appellant,* v. OBIE BROADCASTING CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–18803–8, Frank L. Sullivan, J., entered October 26, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Swanson, J.